UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:                                    )
                                          )
CASE REASSIGNMENTS                        )

      Pursuant to 28 U.S.C. § 137, the following criminal actions are hereby **REASSIGNED** from the Honorable Harry S. Mattice, Jr. to the Honorable R. Allan Edgar.

| | |
|---|---|
| *USA v. Carlos Ramierez-Lara* | 1:08-cr-38 |
| *USA v. Michael Lewis* | 1:08-cr-79 |
| *USA v. Ralph T. Ellis* | 4:08-cr-10 |

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**